**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


Savas Yilmaz

                v.                                                    Civil No. 1:26-cv-00318-JL-TSM


Andrew Ackley, et al.


**SUMMARY ORDER FOR BOND HEARING**

The court has reviewed the Response to the Petition for Writ of Habeas Corpus, in which the Respondents note that they "object to this Court granting relief on the basis of *Destino [v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.)]" on the ground that the case was "wrongly decided," but concede that "the Court will reach the same result and would order that Petitioner be afforded a bond hearing before an [Immigration Judge]" if it applied *Destino*'s reasoning here.[1] Based on the Respondents' concession that the Petitioner is eligible for relief under *Destino*, the court GRANTS the petition[2] for a bond hearing and orders the Respondents to provide the Petitioner with a bond hearing before a New England-based Immigration Judge as soon as practicable. The petition is denied in all other respects. The parties shall file a status report on or before May 15, 2026.


                **SO ORDERED.**

                                                        _____
                                                        Joseph N. Laplante
                                                        United States District Judge


Dated: May 5, 2026

cc:    Counsel of Record

---

[1] Response to Petition (doc. no. 7) at 2-3. The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[2] Doc. no. 1.